UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| ROBERT SPALLONE, on behalf of himself and all others similarly situated, | ) ) ) | C/A: 4:15-cv-1622-RBH |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **ORDER TO STAY ACTION AND TOLL STATUTE OF LIMITATIONS** |
| SOHO UNIVERSITY, INC. d/b/a SOHO 544; and JOHN DOE, individually, | ) ) ) ) | |
| Defendants. | ) ) | |

This matter came before the court on the joint motion of Plaintiff, Robert Spallone ("Spallone"), on behalf of himself and all others similarly situated, and all of the filed Opt-Ins to date (all jointly "Plaintiffs") and Defendants Soho University, Inc. d/b/a Soho 544, ("Soho"); and John Doe ("Doe") (Soho and Doe collectively "Defendants"), pursuant to FRCP 16, for an Order to stay the action through December 1, 2015, to allow the parties an opportunity to attempt to resolve this action. The parties request a temporary stay on all deadlines, including responses to court requested items. If the Parties are unable to resolve this action by December 1, they will submit a revised scheduling order to the court.

In addition, the Parties request that this court toll the statute of limitations for all Plaintiffs and individuals similarly situated from October 7, 2015 through December 1, 2015.

If the Parties are unable to resolve this action by December 1, they are to submit a proposed, revised Scheduling Order to this court by December 8.

**[SIGNATURE PAGE TO FOLLOW]**

Order to Stay Action and Toll Statute of Limitations
C/A: 4:15-cv-1622-RBH

    **IT IS SO ORDERED!**

October 13, 2015             <u>s/ R. Bryan Harwell</u>
Florence, South Carolina        R. Bryan Harwell
                                         United States District Judge