UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| ROBERT SPALLONE, on behalf of himself and all others similarly situated, | ) ) ) | C/A: 4:15-cv-1622-RBH |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **ORDER TO EXTEND STAY AND TOLL STATUTE OF LIMITATIONS** |
| SOHO UNIVERSITY, INC. d/b/a SOHO 544; and JOHN DOE, individually, | ) ) ) ) | |
| Defendants. | ) ) | |

This matter came before the court on the joint motion of Plaintiff, Robert Spallone ("Spallone"), on behalf of himself and all others similarly situated, and all of the filed Opt-Ins to date (all jointly "Plaintiffs") and Defendants Soho University, Inc. d/b/a Soho 544, ("Soho"); and John Doe ("Doe") (Soho and Doe collectively "Defendants"), pursuant to FRCP 16, for an Order to stay the action through January 15, 2016, to allow the parties an opportunity to attempt to resolve this action. The parties request a temporary stay on all deadlines, including responses to court requested items. If the Parties are unable to resolve this action by January 15, 2016, they will submit a revised scheduling order to the court.

In addition, the Parties request that this court toll the statute of limitations for all Putative Class Members, as defined in Plaintiffs' Complaint (ECF 1) from October 7, 2015 through January 15, 2016.

Thus, it is ordered that this action and all deadlines are stayed through January 15, 2016. It is also ordered that the statute of limitations for all Putative Class Members, as defined in Plaintiffs' Complaint (ECF 1), is tolled from October 7, 2015 through January 15, 2016.

Order to Stay Action and Toll Statute of Limitations
C/A: 4:15-cv-1622-RBH

  If the Parties are unable to resolve this action by January 15, 2016, they are to submit a proposed, revised Scheduling Order to this court by January 22, 2016.

  **IT IS SO ORDERED!**

| | |
|---|---|
| December 22, 2015 | s/ R. Bryan Harwell |
| Florence, South Carolina | R. Bryan Harwell |
| | United States District Judge |